**Tejinder SINGH, Petitioner,**

v.

**Alberto R. GONZALES, Attorney General, Respondent.**

No. 04–70117.

Agency No. A75–260–087.

United States Court of Appeals, Ninth Circuit.

July 24, 2006.

George T. Heridis, Esq., Manish Daftari, Rai & Associates, PC, San Francisco, CA, for Petitioner.

Ronald E. LeFevre, Chief Counsel, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, Virginia Lum, U.S. Department of Justice, Civil Division, Office of Immigration Litigation, Thomas M. Bondy, Esq., Mary K. Doyle, Esq., Jeffrica J. Lee, Esq., U.S. Department of Justice, Civil Division, Appellate Staff, Washington, DC, for Respondent.

Before: B. FLETCHER, TROTT, and CALLAHAN, Circuit Judges.

### ORDER

The memorandum disposition filed on May 18, 2006 is amended to change the citation following the final sentence of the memorandum disposition to *"See Farah,* 348 F.3d at 1157."

With this amendment, the petition for panel rehearing is denied.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

No further filings will be accepted in this closed case.